**JS-6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| ENVIRONMENTAL INTERIORS, INC., a New Hampshire Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>ARAGON CONSTRUCTION, INC., a California corporation,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO: **5:14-cv-02522-JGB-SP**<br><br>District Judge<br>Jesus G. Bernal<br>Ctrm 1<br><br>Magistrate Judge<br>Sheri Pym<br>3rd Floor<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[*Concurrently Filed Herewith Joint Stipulation Regarding Dismissal Of Entire Action With Prejudice*]<br><br>Action Filed:    December 8, 2014<br>Counterclaim Filed:    December 30, 2014<br>Trial Date:    June 20, 2017 |

The Court having considered the Joint Stipulation Regarding Dismissal of the Entire Action with Prejudice, and pursuant to Federal Rule of Civil Procedure 41, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

This action is dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: April 26, 2017

_____
Honorable Jesus G. Bernal
United States District Court